165 A.3d 811

IN THE MATTER OF IHAB AWAD IBRAHIM, AN ATTORNEY
AT LAW (ATTORNEY NO. 045112013)

August 1, 2017

## ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent (DRB 17–191) of **IHAB AWAD IBRAHIM** of **JERSEY CITY,** who was admitted to the bar of this State in 2013;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.15(a) (failure to safeguard client funds and negligent misappropriation of client funds) and *RPC* 1.15(d) (failure to comply with the recordkeeping requirements set forth in *R.* 1:21–6);

And the parties having agreed that respondent's conduct violated *RPC* 1.15(a) and *RPC* 1.15(d), and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No, XIV–2015–0466E;

And the Disciplinary Review Board having further determined that respondent should be required to submit to the Office of Attorney Ethics, on a quarterly basis, monthly reconciliations of his attorney accounts for two years and until further Order of the Court;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **IHAB AWAD IBRAHIM** of **JERSEY CITY** is hereby reprimanded; and it is further

ORDERED that respondent submit to the Office of Attorney Ethics, on a quarterly basis, monthly reconciliations of his attorney accounts for a period of two years and until further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.